DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Gerard DiConza
Jeffrey Traurig
Email:    gdiconza@dtklawgroup.com
          jtraurig@dtklawgroup.com

*Special Counsel for the Chapter 7 Trustee,*
*Angela Tese-Milner*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
re:                                                    :
                                                       :          Chapter 7
JAMES G. KENNEDY & CO., INC.,                          :
                                                       :          Case No. 12-13669 (SMB)
                          Debtor.                      :
---------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

     Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, certifies that, on December 12, 2014, I served true and correct copies of the following, by regular mail, on the parties on the attached service list:

- Chapter 7 Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Authorizing the Trustee's Entry Into Settlement Agreements With (A) Roger Norton, (B) Venable LLP, (C) Profit Planners Management, Inc., (D) CBIZ MHM, LLC, (E) Lance Friedman, (F) Worldwide Limousine Service, Inc., (G) Cunningham & Cunningham, LLP, and (H) Mercedes Benz Financial Services, USA LLC; and

- Angela Tese-Milner's Declaration in Support of Chapter 7 Trustee's Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an Order Authorizing the Trustee's Entry Into Settlement Agreements With (A) Roger Norton, (B) Venable LLP, (C) Profit Planners Management, Inc., (D) CBIZ MHM, LLC, (E) Lance Friedman, (F) Worldwide Limousine Service, Inc., (G) Cunningham & Cunningham, LLP, and (H) Mercedes Benz Financial Services, USA LLC.

Dated: December 14, 2014
      New York, New York

                                      /s/ Lance A. Schildkraut
                                      Lance A. Schildkraut

SERVICE LIST

A. LISS & COMPANY
51-55 59TH PLACE
WOODSIDE, NY 11377

ACME DRAPEMASTER OF AMERICA, INC
125 CLEARVIEW ROAD
P.O BOX 7183
EDISON, NJ 08818

ADCO ELECTRICAL CORPORATION
201 EDWARD CURRY AVE.
STATEN ISLAND, NY 10314

BP MECHANICAL CORP.
83-40 72ND DR.
GLENDALE, NY 11385

CIROCCO-OZZIMO, INC.
125 VERDI ST.
FARMINGDALE, NY 11735

CORD CONTRACTING CO, INC.
80 CROSSWAYS PARK DR., SUITE # 300
WOODBURY, NY 11797

CROSSLAND VENTILATION, INC.
6-13 THIRD ST.
FAIR LAWN, NJ 07410

D.F.B. SALES INC.
21-07 BORDEN AVE.
LONG ISLAND CITY, NY 11101

KABACK ENTERPRISES INC.
45 WEST 25TH ST., FLOOR 7
NEW YORK, NY 10010

KRAMAN IRON WORKS, INC.
ATTN: RICHARD KRAMAN
410 EAST 10TH ST.
NEW YORK, NY 10009

LOWY & DONNATH INC.
ATTN: CHRIS J. SCALA
10-37 49TH AVE.
LONG ISLAND CITY, NY 11101

M&T PLUMBING & HEATING CORP.
120 EAST 13TH ST.
NEW YORK, NY 10003

MTD CORP.
41 OTIS ST.
WEST BABYLON, NY 11704

PAR PLUMBING CO., INC.
60 NORTH PROSPECT AVE.
LYNBROOK, NY 11563

ROLAND ELECTRIC INC.
307 SUBURBAN AVE.
DEER PARK, NY 11729

SCHOLES ELECTRIC & COMM, NJ
1021 CENTENNIAL AVE.
PISCATAWAY, NJ 08854

SHELBOURNE CONSTRUCTION CORP.
D/B/A SOUTH FERRY
44-02 23RD ST., SUITE 306
LONG ISLAND CITY, NY 11101

TOTAL WASTE SERVICES INC.
2531 94TH ST.
NORTH BERGEN, NJ 07047

TRIANGLE FIRE PRODUCTION CORP.
75-17 COOPER AVE.
GLENDALE, NY 11385

UNITY ELECTRIC CO., INC.
65-45 FRESH MEADOW LANE
FLUSHING, NY 11365

WM. ERATH & SON, INC.
51 RANICK DR. EAST
AMITYVILLE, NY 11701

ANDREA SCHWARTZ
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK ST., ROOM 1006
NEW YORK, NY 10004

NEW YORK STATE DEPT. OF LABOR
STATE OFFICE CAMPUS
BUILDING #12, RM. 256
ALBANY, NY 12240

PREMIER WEED CONCEPTS, INC.
C/O PREMIER WOODCRAFT
131 BIRCH ST.
COATESVILLE, PA 19320

MAX HOROWITZ & SON, INC.
DBA FLOORS UNLIMITED
FLOORS UNLIMITED
2260 JERICHO TPKE
GARDEN CITY PARK, NY 11040

M&T PLUMBING & HEATING CO., INC.
C/O PICK & ZABICKI, LLP
369 LEXINGTON AVE., 12TH FLOOR
NEW YORK, NY 10017

SOVEREIGN MECHANICAL CORP
C/O HOWARD M. KATZ, ESQ.
225 BROADWAY, SUITE 1203
NEW YORK, NY 10007

COMPUTER FLOORS, INC
C/O PROFITA & ASSOCIATES
ATTN: MICHAEL PROFITA, ESQ.
106 GRAND AVE., SUITE 480
ENGLEWOOD, NJ 07631

VANGUARD TEMPORARIES, INC.
P.O. BOX 4336
GRAND CENTRAL STATION
NEW YORK, NY 10163

CONSOLIDATED CARPET WORKROOM, LLC
455 WASHINGTON AVE.
CARLSTADT, NJ 07072

CANON FINANCIAL SERVICES INC.
C/O SCOTT H. MARCUS & ASSOC.
121 JOHNSON ROAD
TURNERSVILLE, NJ 08012

CONSOLIDATED CARPET ASSOCIATES, LLC
455 WASHINGTON AVE.
CARLSTADT, NY 07072

ACME EXTERMINATING CORP.
P.O. BOX 1381
NEW YORK, NY 10018

WB MASON CO
59 CENTRE ST.
BROCKTON, MA 02303

NOVA BROTHERS, INC D/B/A AVON CONTRACTORS
C/O MARTIN SKOLNICK, ATTY AT LAW
21 MAIN ST., SUITE 306
HACKENSACK, NJ 07601

NOVA BROTHERS, INC D/B/A AVON CONTRACTORS
C/O MARTIN SKOLNICK, ATTY AT LAW
116 WEST 23RD ST., 5TH FLOOR
NEW YORK, NY 10011

S&J ENTRANCE & WINDOW SPECIALISTS, INC
C/O JESSICA G. BERMAN
MEYER, SUOZZI, ENGLISH & KLEIN PC
990 STEWART AVE., SUITE 300
GARDEN CITY, NY 11530

HENICK-LANE, INC.
C/O JAMES J. MARKOWSKY
4555 HENRY HUDSON PARKWAY #504
RIVERDALE, NY 10471

NORDIC INTERIOR INC.
C/O TRIVELLA & FORTE, LLP
ATTN: JONATHAN M. BARDAVID
1311 MAMARONECK AVE., SUITE 170
WHITE PLAINS, NY 10605

SPECTRUM PAINTING CORP.
C/O TARTER KRINSKY & DROGIN, LLP
ATTN: DEBORAH J. PIAZZA, ESQ.
         MARK CERMELE, ESQ.
1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018

GODSELL CONSTRUCTION CORPORATION
C/O STEVEN W. GOLD
MINTZ & GOLD LLP
470 PARK AVE. SOUTH, 10TH FLOOR NORTH
NEW YORK, NY 10016

CENTURY CARPET, INC
DBA THE NEW YORK CENTURY GROUP
C/O JENNIFER L. SCHOENBERG, ESQ.
4 HEADQUARTERS PLAZA
P.O. BOX 1991
MORRISTOWN, NJ 07962-1991

HALLEN WELDING SERVICE, INC.
C/O MARK L. CORTEGIANO, ESQ.
65-12 69TH PLACE
MIDDLE VILLAGE, NY 11379

FROMKIN BROTHERS, INC.
125 CLEARVIEW ROAD
P.O. BOX 6678
EDISON, NJ 08818

REACT INDUSTRIES, INC
ATTN: JAY AIKENS
C/O RABINOWITZ AND GALINA, ESQS.
94 WILLIS AVE.
MINEOLA, NY 11510

TRANSWALL OFFICE SYSTEMS, INC.
P.O. BOX 1930
1220 WILSON DR.
WEST CHESTER, PA 19380

DEUTSCHE BANK AG
ATTN: MARK N. PARRY
C/O MOSES & SINGER LLP
405 LEXINGTON AVE.
NEW YORK, NY 10174

ISLAND FIRE SPRINKLER NYC LLC
630 BROADWAY, SUITE #1
HOLBROOK, NY 11741

RCPI LANDMARK PROPERTIES, LLC
C/O GREENBERG TRAURIG, LLP
ATTN: DANIEL J. ANSELL, ESQ.
200 PARK AVE.
NEW YORK, NY 10166

TS 405 LEXINGTON OWNER, L.L.C.
C/O GREENBERG TRAURIG, LLP
ATTN: DANIEL J. ANSELL, ESQ.
200 PARK AVE.
NEW YORK, NY 10166

HSBC BANK USA, NA
C/O PHILLIPS LYTLE LLP
ATTN: WILLIAM J. BROWN, ESQ.
3400 HSBC CENTER
BUFFALO, NY 14203

F&G MECHANICAL CORPORATION
C/O LECLAIR RYAN, A PROFESSIONAL
CORPORATION
ATTN: MICHAEL T. CONWAY, ESQ.
885 THIRD AVE., SIXTEENTH FLOOR
NEW YORK, NY 10022

ANDERSEN INTERIOR CONTRACTING, INC.
C/O LINDABURY MCCORMICK ESTABROOK & COOP
SCOTT C. PYFER, ESQ
53 CARDINAL DR.
WESTFIELD, NJ 07091

ROBERT B. SAMUELS, INC.
C/O JAFFE, ROSS & LIGHT LLP
ATTN: EDWARD JAFFE, ESQ.
880 THIRD AVE.
NEW YORK, NY 10022

UBS FINANCIAL SERVICES INC.
C/O MCCARTER & ENGLISH, LLP
ATTN: LISA S. BONSALL, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY ST.
NEWARK, NJ 07102-4096

NYS DEPT OF TAX & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

THE STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
P.O. BOX 379
TRENTON, NJ 08625-0379

STATE OF NEW YORK DEPT. OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W. AVERELL HARRIMAN
STATE OFFICE BUILDING 12, ROOM 256
ALBANY, NY 12240

STERLING NATIONAL BANK
ATTN: BENJAMIN KATZ
500 SEVENTH AVE., 3RD FLOOR
NEW YORK, NY 10018

LOWENSTEIN SANDLER LLP
ATTN: CASSANDRA M. PORTER, ESQ.
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: MATTHEW D. STOCKWELL
154 BROADWAY
NEW YORK, NY 10036

ZISHOLTZ & ZISHOLTZ, LLP
ATTN: ROBERT VADNAIS
170 OLD COUNTRY ROAD
MINEOLA, NY 11501

PETER M. LEVINE
99 PARK AVE., 3RD FLOOR
NEW YORK, NY 10016

JEFFREY B. HULSE, ESQ.
295 NORTH COUNTRY ROAD
SOUND BEACH, NY 11789

H. BRUCE BRONSON
480 MAMARONECK AVE.
HARRISON, NY 10528

JACQULYN S. LOFTIN
LAMONICA HERBST MANISCALCO LLP
3305 JERUSALEM AVE.
WANTAGH, NY 11893

GREGORY W. FOX, ESQ.
MARSHALL DENNEHEY WARNER COLEMAN &
GOGGIN
2000 MARKET ST., SUITE 2300
PHILADELPHIA, PA 19103

JOHN E.WESTERMAN, ESQ.
WESTERMAN BALL EDERER MILLER ZUCKER &
SHARFSTEIN, LLP
1201 RXR PLAZA
UNIONDALE, NY 11556

EDWARD A. SMITH, ESQ.
VENABLE LLP
ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS, 24TH FLOOR
NEW YORK, NY 10020

ILAN MARKUS, ESQ.
LECLAIRRYAN
545 LONG WHARF DRIVE, NINTH FLOOR
NEW HAVEN, CT 06511

CBIZ MHM LLC
ATTN: ESTHER DUVAL
        JEFFREY GLUCK
1065 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10018